UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:24-cv-00583

Name of party requesting extension: Extraco Corporation

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 07/30/2024

Number of days requested:  ☐ 30 days
☐ 15 days
✓ Other 45 days

New Deadline Date: 10/04/2024  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: William Ellerman

State Bar No.: 24007151

Firm Name: Cherry Johnson Siegmund James, PLLC

Address: 400 Austin Ave., 9th Floor
Waco, TX 76701

Phone: 254-732-2242

Fax: 866-627-3509

Email: wellerman@cjsjlaw.com

A certificate of conference does not need to be filed with this unopposed application.