UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TORUS VENTURES LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:24-cv-00517-LS ) ) **JURY TRIAL DEMANDED** |
| EXTRACO CORPORATION, | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Extraco Corporation ("Extraco") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Torus Ventures LLC's ("Torus") Complaint for Patent Infringement ("Complaint") (Dkt. 1) by 30 days, up to and including November 4, 2024.

1. On September 24, 2024, Torus initiated this action by filing the Complaint in the Eastern District of Texas.

2. On August 19, 2024, Extraco filed an Unopposed First Application for Extension of Time to Answer Complaint (Dkt. 6) to extend the deadline by 45 days, which was granted that same day. As a result, Extraco's deadline to respond to the Complaint was set to October 4, 2024.

3. On October 2, 2024, Torus and Extraco filed a Joint Motion to Transfer Venue to the Western District of Texas, Waco Division (Dkt. 7) because Extraco neither resides in nor has any places of business in the Eastern District of Texas, and Extraco's headquarters and principal place of business is in the Western District of Texas. On October 4, 2024, the Honorable Judge Rodney Gilstrap ordered the case be transferred to this Court. (Dkt. 8)

4. Extraco has recently obtained new counsel in this matter, who need time to familiarize themselves with the factual and legal issues of this case to be able to adequately answer or otherwise respond to Torus's Complaint.

5. Torus does not oppose Extraco's request for a 30-day extension.

WHEREFORE, Defendant Extraco respectfully requests that this Court enter an order extending the deadline to answer or otherwise respond to Torus's Complaint by 30 days, up to and including November 4, 2024.

Dated: October 4, 2024                                         Respectfully submitted,

                                                               /s/ *Joshua L. Raskin*
                                                               Joshua L. Raskin
                                                               GREENBERG TRAURIG, LLP
                                                               1 Vanderbilt Avenue
                                                               New York, NY 10017
                                                               Phone: (212) 801-9200
                                                               Fax: (212) 801-6400
                                                               Email: joshua.raskin@gtlaw.com

                                                               *Counsel for Defendant Extraco Corporation*.

## **CERTIFICATE OF CONFERENCE**

Counsel for Extraco Corporation conferred with counsel for Plaintiff via email on October 2, 2024 and October 4, 2024, who confirmed that Plaintiff is not opposed to this Motion and its requested relief.

*/s/  Joshua L. Raskin*
Joshua L. Raskin

ADMIN 698377693v2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Joshua L. Raskin*
                                               Joshua L. Raskin